**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---

**THE FLYNN COMPANY**,

               Plaintiff,

          v.

**STEVEN M. FORTE**, *et al.*,

               Defendants.

---

Civil Action No. 24-2883 (ZNQ) (JTQ)

**ORDER**

**QURAISHI, District Judge**

    **THIS MATTER** comes before the Court upon a Motion for Partial Summary Judgment as to Cross Claim filed by Defendant Grey Parks Briggs, LLC (the "Motion," ECF No. 35.)  For the reasons set forth in the accompanying Opinion,

    **IT IS** on this **31st** day of **OCTOBER 2025**,

    **ORDERED** that Defendant Grey Parks Briggs, LLC's Motion (ECF No. 35) is hereby **GRANTED**; and it is further

    **ORDERED** that, as soon as practicable, Defendant Steven M. Forte must reimburse Grey Park Briggs, LLC for all defense costs and expenses incurred to date and pay any future defense costs and expenses; and it is further

    **ORDERED** that Defendant Steven M. Forte and Defendant Grey Parks Briggs, LLC are to meet and confer by December 1, 2025 regarding the information Forte needs to assess costs and expenses.

 

                          s/ Zahid N. Quraishi
                          **ZAHID N. QURAISHI**
                          **UNITED STATES DISTRICT JUDGE**